# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **DERRICK D'WAYNE SMITH** | **CIVIL ACTION NO. 24-0971** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE JERRY EDWARDS, JR.** |
| **QUENTIN DOUGLAS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 10), no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that the following, raised by Plaintiff Derrick D'wayne Smith, are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted: Plaintiff's claims against Morehouse Parish Jail and Sergeant Ethan Ellis, his claim that he was not allowed to shower after Sergeant Herrington sprayed him with mace, his claim that Warden Douglas did not prevent staff from harming him, and his requests for release from Morehouse Parish Jail and for criminal charges against defendants.

ALEXANDRIA, LOUISIANA, this 2nd day of January, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE